Douglas J. Pick, Esq.
Eric C. Zabicki, Esq.
**PICK & ZABICKI LLP**
Proposed Counsel to the Debtor
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                              Chapter 11
DAVID MOCHE                                              Case No. 25-
a/k/a SELIM DAVID MOCHE,

                        Debtor.
---------------------------------------------------------x

## DECLARATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

       DAVID MOCHE hereby declares as follows under penalty of perjury:

       1.     I am the debtor and debtor-in-possession herein. I am familiar with the facts and circumstances as recited herein. This affidavit is submitted pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York.

       2.     I am a 74 year-old semi-retired consultant/accountant who provides services through CIB Management f/k/a CIB Management LLC.

       3.     On August 18, 2025 (the "Petition Date"), I filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with this Court.

       4.     My chapter 11 filing was precipitated by a pending matrimonial (divorce) action entitled *Nancy Wolfson-Moche v. S. David Moche* (Index No. 365568 (2021)), with respect to which I have little to no available funds for matrimonial counsel and am currently unable to pay (1) my wife's matrimonial court-awarded legal fees totaling approximately

$108,460 and/or (2) for the matrimonial court-ordered mortgage payments, coop maintenance and carrying costs (arrears total approximately $88,785) of the prior marital residence located at 525 E. 89th Street, Apt. 1K in Manhattan (valued at $2,700,000). In addition to the foregoing, I am required to pay monthly child support (my daughter is currently 18 years of age) of approximately $1,700 per month and spousal support of approximately $2,535 per month. My combined support payments are presently approximately $25,420 in arrears.

5. I believe that I can successfully and expeditiously exit chapter 11.

6. Pursuant to LBR 1007-(a)(3), no committee of creditors was formed prior to the Petition Date.

7. Pursuant to LBR 1007-2 (a)(4), a list containing the names and addresses of the entities believed to be my twenty largest unsecured creditors, excluding insiders, is simultaneously being filed with the Court.

8. Pursuant to LBR 1007-2(a)(5), a list containing the names and addresses of the entities believed to be all of my secured creditors have been listed in my Schedule D which is simultaneously being filed with the Court.

9. Pursuant to LBR 1007-2(a)(6), an approximate summary of my assets and liabilities are set forth in my Schedules A/B, D, and E/F which are simultaneously being filed with the Court.

10. Pursuant to LBR 1007-2(a)(8), to the best of my knowledge, there is no property of mine in the possession or custody of any public officer, receiver, trustee, pledgee, assignee of rents, liquidator, secured creditor, or agent of any such person.

11. Pursuant to LBR 1007-2(a)(9), the former marital residence at 525 E. 89th Street, Apt. 1K is the only real property owned by me and is owned jointly with my former wife.

I currently have a residential lease for a one bedroom apartment at 1700 York Avenue, New York, New York, which carries a $3,900.00 rental expense.

12. Pursuant to LBR 1007-2(a)(10), all of my assets and books and records are located at my leased premises or at the former marital residence.

13. Pursuant to LBR 1007-2(a)(11), to the best of my knowledge and belief, the only pending or threatened actions or proceedings to which I am a party are as follows:

| Case Title | Court/Case No. | Description | Status |
| --- | --- | --- | --- |
| *Nancy Wolfson-Moche a/k/a Nancy Wolfson v. S. David Moche* | Supreme Court of the State of New York, New York County, Index No. 365568/2021 | Divorce Proceedings | Pending |

14. Pursuant to LBR 1007-2(b)(3), I anticipate that I will have income of approximately $7,000.000 during the thirty (30) day period following the Petition Date. My expenses for the same period will be approximately $24,000.00.

15. I believe that under the supervision of the Bankruptcy Court, I will be able to pay my creditors in full.

16. I hereby declare, pursuant to 28 U.S.C. §1746 and under penalties of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August ___, 2025

_____
DAVID MOCHE

3